UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **In re:**<br><br>**NEWCO, LLC,**<br><br>**Debtor.** | **Chapter 11**<br>**Case No. 23-10250 (BAH)** |

## MOTION FOR ADMISSION PRO HAC VICE OF LEE HARRINGTON

Pursuant to LBR 2090-1(b), the above-referenced debtor, through its undersigned counsel, hereby moves for the admission *pro hac vice* of Debtor's counsel, Lee Harrington. As grounds therefore, the Debtor respectfully states:

1. Lee Harrington is a partner at Ascendant Law Group LLC, with offices at 2 Dundee Park Drive, Suite 102, Andover, Massachusetts and is a member in good standing of the bars in the Commonwealth of Massachusetts, the Commonwealth of Pennsylvania, the State of Delaware and the State of New York.

2. Pursuant to Local Rule 2090-1, attached hereto as Exhibit "A" is the Affidavit of Lee Harrington, establishing that he is a member in good standing of the Bar in every jurisdiction in which he has been admitted to practice; that there are no disciplinary proceedings against him in any jurisdiction; that he is familiar with the local rules of this Court; and that he will have paid, contemporaneously to the filing of this Motion, the applicable *pro hac vice* fee to the United States District Court for the District of New Hampshire.

3. WHEREFORE, the Debtor respectfully requests that the Court allow its Motion for Admission of Lee Harrington, *Pro Hac Vice* in this case and all proceedings arising in, under,

or related to Case 23-10123-BAH.  A Proposed form of Order is submitted as Exhibit "B" herewith.

Dated: May 15, 2023

          Respectfully submitted,
          NewCo, LLC,
          By its *proposed* attorneys,

          /s/ Jesse I. Redlener
          Jesse I. Redlener (19658 NH)
          ASCENDANT LAW GROUP LLC
          2 Dundee Park Drive, Suite 102
          Andover, MA  01810
          Main:   (978) 393-0850
          Direct: (978) 409-2038
          Fax:      (978) 274-7877
          jr@ascendantlawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2023 a true and correct copy of the foregoing *Motion to Appear Pro Hac Vice* was served on those persons on the service list below who are entitled to receive notice in this case.

/s/ Jesse I. Redlener
Jesse I. Redlener

**SERVICE LIST**

Kimberly Bacher
Office of the U.S. Trustee
53 Pleasant Street
Suite 2300
Concord, NH 03301
Email: kimberly.bacher@usdoj.gov
*Office of the United States Trustee*

Christopher M. Candon, Esq.
Sheehan Phinney Bass & Green PA
1000 Elm Street, 17th Floor
Manchester, NH 03101
E-mail: ccandon@sheehan.com
*Counsel to Yager Family Management, LLC*

Dupuis Construction, LLC
55 Marlboro Rd, Suite 13
Brattleboro, VT 05301

Mt. Coolidge Construction, LLC
3 Amalia Drive
Nashua, NH 03063

Dupuis Construction, LLC
55 Marlboro Rd, Suite 13
Brattleboro, VT 05301

Mt. Coolidge Construction, LLC
3 Amalia Drive
Nashua, NH 03063

Anand and Nancy Lange-Vaidya
34 Birch Street
Needham Heights, MA 02494

Andrew J Erickson and/or Assigns
108 Bell Valley Road
Elkins, NH 03233

BDBC, LLC d/b/a Century 21 Mountainside
P.O. Box 850
Lincoln, NH 03251

Cory and Michele Madaris
7 Lincoln Road
Wayland, MA 01778

Dupuis Contruction, LLC
55 Marlboro Rd, Suite 13
Brattleboro, VT 05301

Erick and Christine Brown
11 Bicknell Drive
Mendon, MA 01756

Karl and Mary Zonghi
4 Spruce Circle
Hopedale, MA 01747

Kevin P. and Meghan G. Klauer
55 Blair Lane
Falmouth, MA 02540

Michael and Mary Beth Meade
53 Linden Ridge Road
Amherst, MA 01002

Mt. Coolidge Construction, LLC
3 Amalia Drive
Nashua, NH 03063

Pine Bluff Terrace Mountain House Realty
26 Bristol Road
Peabody, MA 01960

Richard D. and Kimberly R. Klauber
11 Townline Road
Norfolk, MA 02038

Shirley Freeman
2696 Lake Shore Road
Gilford, NH 03249

Stephen R. and Lorraine J. Clark
39 Huckleberry Lane
Hampton, NH 03843

Yager Family Management, LLC
57 Flanagan Drive
Framingham, MA 01701