# EXHIBIT A

# Harrington Affidavit

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>NEWCO, LLC,<br><br>Debtor. | Chapter 11<br>Case No. 23-10250 (BAH) |

**AFFIDAVIT OF LEE HARRINGTON IN
SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Lee Harrington, states and avers as follows:

1. I am a partner at Ascendant Law Group LLC, with offices at 2 Dundee Park Drive, Suite 102, Andover, Massachusetts.

2. Pursuant to LBR 2090-1(b), I submit this affidavit in support of the Motion filed by the above-referenced debtor seeking my admission *pro hac vice* in connection with the case and any and all related proceedings arising, in, under or related to this case.

3. I am a member in good standing of the bar in:

   a. the Commonwealth of Massachusetts;

   b. the Commonwealth of Pennsylvania;

   c. the State of Delaware; and

   d. the State of New York.

4. There are no disciplinary proceedings against me in any of the above jurisdiction.

5. I am familiar with the local rules of this Court, including the requirements of LBR 2090-2 regarding disciplinary jurisdiction and rules.

6. I am associated with local counsel who is familiar with the substantive and the procedural requirements of the LBRs and AOs of the bankruptcy court.

2

7. I am familiar with the requirements of LBR 5005-4 and AO 5005-4 regarding electronic filing and have secured a log-in and password from the Court.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lee Harrington<br>Lee Harrington

Dated: May 15, 2023