**EXHIBIT B**
**Proposed Form or Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| In re:<br><br>NEWCO, LLC,<br><br>                Debtor. | Chapter 11<br>Case No. 23-10250 (BAH) |
|---|---|

### (PROPOSED) ORDER ON MOTION TO APPEAR *PRO HAC VICE*

This matter having come before the Court on the *Motion* (the "Motion") *for Admission Pro Hac Vice* of Debtor's counsel, Lee Harrington ("Attorney Harrington") filed by the above-referenced debtor (the "Debtor") requesting the entry of an order approving Attorney Harrington's admission *pro hac vice* to appear in this case and all related matters and proceedings before this Court on behalf of the Debtor; and notice of the Motion and hearing having been served on all parties entitled to notice, and it appearing from the record before the Court that sufficient cause exists for the entry of this order; the Court

**FINDS AS FOLLOWS:**

    A.    A hearing on the Motion was held on _____, 2023 (the "Hearing"), and the Motion and notice of Hearing was served on all parties in interest regarding the issues presented in the Debtor's Motion.

    B.    No objections to the Motion were filed by the objection deadline set by this Court and no objections were raised during the Hearing on the Motion or any such objections have been resolved.

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

    1.    The Motion is granted; and

2

2. Attorney Harrington is hereby admitted representing the Debtor in this case and all related matters and proceedings before this Court on behalf of the Debtor.

_____
Honorable Bruce A. Harwood
United States Bankruptcy Judge

Dated: _____, 2023